IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| DERRICK W. WALKER, | |
| Plaintiff, | CIVIL ACTION NO.: 6:15-cv-57 |
| v. | |
| HOMER BRYSON; DOUG WILLIAMS; ERIC SMOKES; CARL FOUST; and STANLEY WILLIAMS, | |
| Defendants. | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 19), to which no Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Court **DISMISSES** all of Plaintiff's claims against Defendant Bryson and **DISMISSES** Plaintiff's claims for monetary damages against all Defendants in their official capacities. The Court also **DISMISES** all of Plaintiff's claims for compensatory and punitive damages. However, Plaintiff's claims for injunctive relief and nominal damages against Defendants Williams, Stokes, and Foust shall proceed.

**SO ORDERED**, this 2nd day of February, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA