IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DERRICK W. WALKER,

    Plaintiff,

v.

ERIC SMOKES; CARL FOUST; and
STANLEY WILLIAMS,

    Defendants.

CIVIL ACTION NO.: 6:15-cv-57

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation dated March 2, 2016, (doc. 29), to which no Objections have been filed. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DIRECTS** the Clerk of Court to terminate Doug Williams as a named Defendant in this case and to strike Doug Williams from the docket and record in this case.[1]

**SO ORDERED**, this 12th day of July, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court notes Plaintiff has filed a Brief in Opposition to Defendants' Motion to Dismiss. (Doc. 37.) Defendants have yet to file a Motion to Dismiss, and thus, Plaintiff's filing is unnecessary.