N THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| DERRICK W. WALKER, | |
| Plaintiff, | CIVIL ACTION NO.: 6:15-cv-57 |
| v. | |
| ERIC SMOKES; CARL FOUST; and STANLEY WILLIAMS, | |
| Defendants. | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 60), to which no objections were filed. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS in part** and **DENIES in part** Defendants' Motion to Dismiss and **DISMISSES as moot** Plaintiff's Motion for Default. The Court **DISMISSES without prejudice** Plaintiff's claims relating to his placement in the Tier II program based on his failure to exhaust his administrative remedies. Plaintiff's Eighth Amendment claims, including his injunctive relief claims, shall remain pending.

**SO ORDERED**, this 3rd day of August, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA