# United States District Court
## Southern District of Georgia

DERRICK W. WALKER,

Plaintiff,

v.

ERIC SMOKES; CARL FOUST; and STANLEY WILLIAMS,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:15-CV-57

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated September 16, 2019, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered granting Defendants' Motion for Summary Judgment, dismissing Plaintiff's complaint and denying Plaintiff's leave to appeal in forma pauperis.

Approved by: _____

September 19, 2019
*Date*

Scott L. Poff
*Clerk*

_____
*(By) Deputy Clerk*